**SEALED**


FILED
Dec 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT MORENO, and MIRNA MEDINA, <br><br> Defendant. | CASE NO. 1:21-cr-00303-NONE-SKO <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 9, 2021, charging the above defendants with violations of 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine and Cocaine; 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853(a) – Criminal Forfeiture, be kept secret until the defendants named in this Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the

//

//

Motion to Seal Indictment 1

Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 9, 2021       Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            Acting United States Attorney

                      By   /s/ Stephanie M. Stokman
                            STEPHANIE M. STOKMAN
                            Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 9, 2021            /s/ B. McAuliffe
                                       BARBARA A. McAULIFFE
                                       U.S. Magistrate Judge