**FILED**

**Dec 14, 2021**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>APPLICATIONS AND ORDERS ISSUED IN: 1:21-SW-00207-DAD, 1:21-SW-00246-DAD, AND 1:21-SW-00282-DAD, PERTAINING TO TARGET TELEPHONES 1, 2, 3, 4, 5, 6, 7, 8. | No. 1:21-CR-299-DAD; 1:21-CR-301-DAD; 1:21-CR-302-DAD; 1:21-CR-303-NONE; 1:21-CR-304-DAD<br><br>**UNDER SEAL**<br><br><u>ORDER</u> |

Application having been made to this court by the United States of America for an order pursuant to Title 18, United States Code, Section 2518(8)(b), to disclose portions of those certain orders authorizing the interception of wire and electronic communications, the accompanying applications, affidavits, and recordings, in the above-entitled matters, and

Those orders, applications, affidavits, and recordings having previously been sealed by orders of the district court, and

Good cause having been shown by the United States in its application as required by Title 18, United States Code, Section 2518(8)(b),

IT IS HEREBY ORDERED that portions of the above-referenced orders, and the accompanying application and affidavits may be disclosed to defendants Anthony Castaneda et al., for use in a criminal action in *United States v. Castaneda, et al.* (1:21-CR-304-DAD), defendant Jerrett Newman, for use in a criminal action in *United States v. Newman* (1:21-CR-299-DAD), and defendants under sealed dockets (1:21-CR-301-DAD, 1:21-CR-302-DAD, and

1

1:21-CR-303-NONE), pursuant to Title 18, United States Code, Section 2518(9), and for any other purpose required by Chapter 119 of Title 18, United States Code.

IT IS FURTHER ORDERED THAT the defendant and any retained or appointed defense staff, including but not limited to investigators and outside assistants, shall not disclose the contents of the documents released by the government through discovery in this case, except as necessary for investigative work for the prosecution or presentation of defenses in this case. No copies of documents, tape- recordings, or other items released by the government in discovery in ~~this case~~ Pursuant to this order may be given to any third party who is not a member of ~~defednat's~~ Defendant's retained or appointed defense staff or hired as defense investigators or outside assistants, including relatives or friends of the defendant.

IT IS FURTHER ORDER that this order may be served on the parties who will be in receipt of the redacted applications, affidavits, and/or orders.

Dated:     12/14/21                                            _B. McAuliffe_
                                                               Hon. Barbara A. McAuliffe
                                                               U.S. Magistrate Judge

BAM

2