Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>ROBERT MORENO, et al<br><br>  Defendants. | Case No.: 1:21 CR 303 NONE SKO<br><br>Stipulation and Order To Advance Detention Hearing Date |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That to enable a detention hearing before the Christmas Holiday and due to the availability of defense counsel, that the detention hearing be advanced from Wednesday, December 22, 221 at 11:00 a.m. to Tuesday, December 21, 2021 at 2:00 p.m.

///

///

1

2. Attorney Kevin Rooney represents that due to prior court commitments he is not available on the morning of December 22, 2021. Attorney Rooney would be available during the afternoon of December 22 but understands that the Court will not be in session at that time.

It is so stipulated and agreed.

Dated:  December  20,  2021                    PHILLIP A. TALBERT ACTING U.S. ATTY

                                                 __s/ Kim Sanchez
                                                 Kimberly A. Sanchez
                                                 Assistant United States Attorney


Dated:  December 20, 2021                       Respectfully submitted,

                                                 s/ Kevin Rooney
                                                 KEVIN P. ROONEY
                                                 Attorney for defendant
                                                 ROBERT MORENO


ORDER

    IT IS SO ORDERED, pursuant to the stipulation of the parties, that the detention hearing in this case be advanced from Wednesday, December 22, 221 to Tuesday, December 21, 2021 at 2:00 p.m.


Dated:  December   20, 2021                      */s/ Sheila K. Oberto*
                                                 Hon. Sheila K. Oberto
                                                 Unites States Magistrate Judge