Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21 CR 303 NONE SKO |
| Plaintiff, | Stipulation and Order To Advance Detention Hearing Date |
| vs. | |
| ROBERT MORENO, et al | |
| Defendants. | |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That to enable a detention hearing before the Christmas Holiday and due to the availability of defense counsel, that the detention hearing be advanced from Wednesday, December 22, 221 at 11:00 a.m. to Tuesday, December 21, 2021 at 2:00 p.m.

///

///

1

2. Attorney Kevin Rooney represents that due to prior court commitments he is not available on the morning of December 22, 2021. Attorney Rooney would be available during the afternoon of December 22 but understands that the Court will not be in session at that time.

It is so stipulated and agreed.

Dated:  December  20,  2021                    PHILLIP A. TALBERT ACTING U.S. ATTY

                                                      __s/ Kim Sanchez
                                                      Kimberly A. Sanchez
                                                      Assistant United States Attorney

Dated:  December 20, 2021                     Respectfully submitted,

                                                         s/ Kevin Rooney
                                                      KEVIN P. ROONEY
                                                      Attorney for defendant
                                                      ROBERT MORENO

<u>ORDER</u>

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the detention hearing in this case be advanced from Wednesday, December 22, 221 to Tuesday, December 21, 2021 at 2:00 p.m.

Dated:  December   20, 2021                    */s/ Sheila K. Oberto*
                                                      Hon. Sheila K. Oberto
                                                    Unites States Magistrate Judge