PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT MORENO et al.,<br><br>Defendant. | CASE NO. 1:21-CR-00303-NONE-SKO<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on December 9, 2021, and it appears that it no longer need remain secret as to the listed defendant,

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Stephanie M. Stokman, Assistant United States Attorney, hereby moves that the attached redacted Indictment in this case, and the docket as to defendant Robert Moreno be unsealed and made public record, and the original unredacted Indictment remain sealed.

Dated: December 21, 2021                                     PHILLIP A. TALBERT
                                                                                    Acting United States Attorney


                                                                            By:  */s/ Stephanie M. Stokman*
                                                                                    STEPHANIE M. STOKMAN
                                                                                    Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00303-NONE-SKO |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| ROBERT MORENO et al., | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Indictment filed on December 9, 2021, and docket pertaining to defendant Robert Moreno, be unsealed and become public record, and the original unredacted Indictment remain sealed.

DATED:  December 21, 2021

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
U.S. MAGISTRATE JUDGE