Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERT MORENO,<br><br>          Defendant. | Case No.: 1:21 CR 303 JLT/SKO<br><br>ORDER GRANTING MOTION FOR TEMPORARY RELEASE DUE TO COMPELLING CIRCUMSTANCES |

The Court finds that Mr. Moreno has demonstrated a compelling reason for his temporary release. Pursuant to 18 U.S.C. §3142(i)(4), it is hereby ORDERED that Mr. Moreno be released from the Fresno County Jail no later than 8:00 a.m. on April 21, 2022 and that he return to the Fresno County Jail no later than 4:00 p.m. on April 21, 2022. The release is to permit Mr. Moreno's attendance at a Memorial Service to be held at the Fowler District Cemetery and to attend a subsequent family gathering honoring the deceased.

On April 21, 2022, Mr. Moreno will be released to the custody Ms. Elizabeth Moreno and Ms. Mayra Magallon. Ms. Moreno and Ms. Magallon are ORDERED to maintain personal

1

custody of Mr. Moreno during all times he is not in the custody of the Unites States Marshal or the Fresno County Jail.

IT IS SO ORDERED.

Dated: __April 19, 2022__              /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE