Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT MORENO,<br><br>　　　　　Defendant. | Case No.: 1:21 CR 303 JLT/SKO<br><br>STIPULATION AND ORDER FOR TEMPORARY RELEASE DUE TO COMPELLING CIRCUMSTANCES |

　　　　The parties to this action, by and through their respective counsel, hereby stipulate as follows:

　　　　1.  Mr. Moreno requests an eight hour release from the Fresno County Jail to attend his stepfather's Memorial Service on August 5, 2022. Mr. Moreno's mother was in a relationship with his stepfather, Arturo Rocha, Sr., for over 25 years until Mr. Rocha's death in July 2022. Mr. Rocha and Ms. Moreno married each other several years ago and remained married through Mr. Rocha's passing. Defense counsel has obtained this information from Mr. Moreno's mother.

　　　　2. Defense counsel has confirmed that Reade & Son are handing the arrangements and that a service for Mr. Rocha has been scheduled at the Annadale Baptist Church, Sanger, California, on Friday, August 5, 2022 from 9:00 a.m. – 11:00 a.m.

1

3. Mr. Moreno's mother advised defense counsel that her immediate family will gather in commemoration of Mr. Rocha after the service.

4. In April 2022, Mr. Moreno was allowed a temporary release to attend his grandmother's funeral. He returned to custody on time and without incident.

5. The parties agree that due to compelling circumstances as defined in 18 U.S.C. §3142(i)(4), a temporary release should be ordered pursuant to the conditions listed in the following proposed order.

It is so stipulated.

Dated:  August  1, 2022                                     Respectfully submitted,

                                                                               /s Kevin Rooney
                                                              KEVIN P. ROONEY
                                                              Attorney for defendant
                                                              ROBERT MORENO

Dated:  August  1,  2022                                    PHILLIP A. TALBERT
                                                              United States Attorney, by

                                                              /s  Stephanie Stokman
                                                              STEPHANIE M. STOKMAN
                                                              Assistant United States Attorney

ORDER FOR TEMPORARY RELEASE

The Court finds that Mr. Moreno has demonstrated a compelling reason for his temporary release. Pursuant to 18 U.S.C. §3142(i)(4), it is hereby ORDERED that Mr. Moreno be released from the Fresno County Jail no later than 7:00 a.m. on August 5, 2022 and that he return to the Fresno County Jail no later than 3:00 p.m. on August 5, 2022. The release is to permit Mr. Moreno's attendance at a Memorial Service to be held at the Annadale Baptist Church to attend a subsequent family gathering honoring the deceased.

On August 5, 2022, Mr. Moreno shall be released to the custody of Ms. Elizabeth Moreno.

Ms. Moreno is ORDERED to maintain personal custody of Mr. Moreno during all times he is not in the custody of the United States Marshall or the Fresno County Jail.   Mr. Moreno is ordered to abstain from alcohol and any intoxicating substance during his temporary release.

IT IS SO ORDERED.

Dated:   **August 1, 2022**               /s/ Erica P. Grosjean
                                          UNITED STATES MAGISTRATE JUDGE