Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MORENO, et al<br><br>Defendants. | Case No.: 1:21 CR 303 JLT/SKO<br><br>Stipulation and Order To Continue  Date For Scheduled Change Of Plea |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That the scheduled date for entry of plea be continued from July 24, 2023 until September 11, 2023. The parties are continuing to work toward a mutually agreeable resolution.

2. The parties further believe that time should be excluded, in that failure to grant the requested case schedule would unreasonably deny the defendant continuity of counsel, and unreasonably deny both the defendant and the government the reasonable time necessary for effective preparation, taking into account the parties' due diligence in prosecuting this case. 18 U.S.C. Section 3161(h)(7)(B)(iv). Based on the above-stated findings, the ends of justice served by the schedule as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy

1

Trial Act. Therefore, the parties request that the Court continue to exclude time through June 20, 2023 and further exclude time from June 20, 2023 through July 24, 2023, from calculations under the Speedy Trial Act.

Dated: July 20, 2023                                PHILLIP A. TALBERT, UNITED STATES ATTY

 /s/ Stephanie Stokman
STEPHANIE STOKMAN
Assistant United States Attorney

Dated:  July 20, 2023                               Respectfully submitted,

 /s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
ROBERT MORENO

## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, the scheduled date for a change of plea in this matter is continued to September 11, 2023.

IT IS FURTHER FOUND AND ORDERED THAT the ends of justice served by the scheduled date as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of from the date of this Order and July 24, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **July 20, 2023**

UNITED STATES DISTRICT JUDGE