Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:21-cr-00303-JLT-SKO |
| Plaintiff, | ) Stipulation and Order To Continue Sentencing Date |
| vs. | ) Date:  January 16, 2024 |
| ROBERT MORENO | ) Time: 9:00 AM |
| Defendant. | ) Judge: Hon. Jennifer L. Thurston |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Sentencing in this case is currently scheduled for January 16, 2024 and the parties mutually agree to continue that proceeding to February 12, 2024.

///

///

///

1

2.   The continuance is necessary and appropriate for the following reasons because both defense counsel is continuing to investigate some factual and legal circumstances relevant to sentencing.

It is so stipulated and agreed.


Dated:   January 10, 2024                          PHILLIP A. TALBERT,
                                                   United States Attorney


                                                    s/ Stephanie Stokman
                                                   Stephanie Stokman
                                                   Assistant United States Attorney



Dated:  January  10, 2024                          Respectfully submitted,

                                                    s/ Kevin Rooney
                                                   KEVIN P. ROONEY
                                                   Attorney for Defendant,
                                                   ROBERT MORENO


                                ORDER

        IT IS SO ORDERED, pursuant to the stipulation of the parties, that the sentencing hearing in this case shall be continued from January 16, 2024 to February 12, 2024 at 9:00 a.m.

IT IS SO ORDERED.

    Dated:   **January 10, 2024**

                                                   UNITED STATES DISTRICT JUDGE