Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>ROBERT MORENO<br><br>   Defendant. | Case No.: 1:21-cr-00303-JLT-SKO<br><br>Stipulation and Order Regarding Formal Objections To The PreSentence Report<br><br>Date: February 12, 2024<br>Time: 9:00 AM<br>Judge: Hon. Jennifer L. Thurston |

  The parties to this matter hereby stipulate as follows: Sentencing in this case is currently scheduled for February 12, 2024 and Formal Objections to the PreSentence Report and any response may be filed on or before the following dates:

  Defense:  January 17, 2024

  Government:  February 5, 2024

It is so stipulated and agreed.

Dated: January 16, 2024

PHILLIP A. TALBERT,
United States Attorney

 s/ Stephanie Stokman
Stephanie Stokman
Assistant United States Attorney

1

Dated:  January  16, 2024                             Respectfully submitted,

 s/ Kevin Rooney
KEVIN P. ROONEY
Attorney for Defendant,
ROBERT MORENO

## ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that Formal Objections to the PreSentence Report and any response may be filed on or before the following dates:

    Defense:         January 17, 2024

    Government:   February 5, 2024

IT IS SO ORDERED.

Dated:   **January 16, 2024**

UNITED STATES DISTRICT JUDGE

2