Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ROBERT MORENO<br><br>    Defendant. | Case No.: 1:21-cr-00303-JLT-SKO<br><br>Stipulation and Order To Continue Sentencing Date<br><br>Date:  February 12, 2024<br>Time: 9:00 AM<br>Judge: Hon. Jennifer L. Thurston |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. Sentencing in this case is currently scheduled for February 12, 2024 and the parties mutually agree to continue that proceeding to April 22, 2024.

///

///

1

2. The continuance is necessary and appropriate for the following reasons because both defense counsel is continuing to investigate some factual and legal circumstances relevant to sentencing. The defense is also trying to coordinate Mr. Moreno's ability to resolve a pending state case with a potential impact on sentencing in this matter.

It is so stipulated and agreed.

Dated: February 7, 2024          PHILLIP A. TALBERT,
                                 United States Attorney

                                  s/ Stephanie Stokman
                                 Stephanie Stokman
                                 Assistant United States Attorney

Dated: February 7, 2024          Respectfully submitted,

                                  s/ Kevin Rooney
                                 KEVIN P. ROONEY
                                 Attorney for Defendant,
                                 ROBERT MORENO

ORDER

IT IS SO ORDERED, pursuant to the stipulation of the parties, that the sentencing hearing in this case shall be continued from February 12, 2024 to April 22, 2024 at 9:00 a.m.

Dated: February  8 , 2024        Hon. Jennifer L. Thurston
                                 Unites States District Judge