# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                            )<br>            Plaintiff,                        )<br>                                                            )<br>    vs.                                              )<br>                                                            )<br>ROBERT MORENO,                    )<br>                                                            )<br>            Defendant.                  )<br>_____) | Case No: 1:21-CR-00303-001-JLT;<br>Appeal No:  24-4477<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS**:

1.    Benjamin P. Lechman is appointed to represent the defendant in this case effective *nunc pro tunc* to July 19, 2024 on appeal, in place of panel attorney, Kevin Rooney.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:   **October 8, 2024**

UNITED STATES DISTRICT JUDGE