Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, ROBERT MORENO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ROBERT MORENO,<br><br>             Defendant. | Case No.  1:21-CR-303 JLT<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF KEVIN ROONEY AS ATTORNEY OF RECORD AND ORDER** |

     On December 9, 2021, Defendant Robert Moreno was indicted on federal charges. CJA Panel Attorney Kevin Rooney was appointed as trial counsel to represent Mr. Moreno on December 29, 2021 in his criminal case.  Mr. Moreno was sentenced pursuant to a plea agreement on July 15, 2024 and Mr. Moreno was in custody at sentencing.

     At Mr. Moreno's request, Attorney Rooney filed a Notice of Appeal on Mr. Moreno's behalf and appellate counsel has been appointed.

///

///

The trial phase of Mr. Moreno's criminal case has, therefore, come to an end. Having completed his representation of Mr. Moreno, CJA attorney Kevin Rooney now moves to terminate his appointment under the Criminal Justice Act.

Dated: October 8, 2024                    Respectfully submitted,

/s Kevin Rooney
KEVIN P. ROONEY
Attorney for defendant
ROBERT MORENO

**ORDER**

Having reviewed the notice and found that attorney Kevin Rooney has completed the services for which he was appointed, and that appointed appellate counsel now represents Mr. Moreno, the Court hereby grants attorney Kevin Rooney's request for leave to withdraw as defense counsel in this matter.

The Clerk of Court is directed to serve a copy of this order on Defendant Robert Moreno at the following address and to update the docket to reflect Defendant's pro se status and contact information.

**Robert Moreno Marshal #79387509**
**FCI Mendota**
**FEDERAL CORRECTIONAL INSTITUTION**
**P.O. BOX 9**
**MENDOTA, CA 93640**

IT IS SO ORDERED.

Dated:  **October 9, 2024**

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE